AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
NICHOLAS JAMES BROCKHOFF

*Defendant*

Case: 1:21-mj-00444
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/24/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    NICHOLAS JAMES BROCKHOFF,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding certain Officers or Employee of the United States in the Performance of their Office Duties;
18 U.S.C. § 111(b)(1) - Use of a Deadly or Dangerous Weapon;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, (Misdemeanor);
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, (Misdemeanor);
18 U.S.C. § 1752(a)(4) - Knowingly Engages in Act of Physical Violence against any Person or Property in any Restricted Building or Grounds, (Misdemeanor);
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in Capitol Building, (Misdemeanor);
40 U.S.C. § 5104(e)(2)(F) - Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings, (Misdemeanor);
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building, (Misdemeanor).

Date: 05/24/2021

2021.05.24 17:06:23 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.    Zia M. Faraqui, U.S. Magistrate Judge

*Printed name and title*

## Return

This warrant was received on *(date)* 5/27/2021, and the person was arrested on *(date)* 5/27/2021
at *(city and state)* Counce, TN.

Date: 5/27/2021

Wes Mayes

*Arresting officer's signature*

SA Wes Mayes  FBI

*Printed name and title*