## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v. : | Case No. 21-cr-524 (CKK) |
| : | |
| **NICHOLAS BROCKHOFF,** : | |
| : | |
| Defendant. : | |

## JOINT MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Brockhoff, by and through his attorney, respectfully requests the Court for an extension of time by which to advise the Court whether the currently scheduled hearing on July 25, 2022 will be a status conference or change of plea hearing.

On May 24, 2022, the Court scheduled a hearing for July 25, 2022. Additionally, on May 24, the Court instructed the parties to notify the Court by July 15, 2022 (today) whether the July 25 hearing will be a status conference or change of plea hearing. Counsel for Defendant Brockhoff has time scheduled to meet and confer with his client on both July 17 and July 18.

Therefore, the parties request until July 20, 2022 to advise the Court whether the July 25, 2022 hearing will be a status conference or change of plea hearing. If the July 25 hearing will be a change of plea, the parties will provide the Court with the requisite plea materials on or before July 20, 2022, as directed at the May 24, 2022 hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: /s/
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

/s/
Alex Reed Stavrou , Sr.
ALEX R. STAVROU, P.A.
Counsel for Nicholas James Brockhoff
13046 Racetrack Road
Suite 333
Tampa, FL 33626
(813) 251-1289
alex@alexstavrou.com