UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No. 21-cr-524 (CKK) |
| | : | |
| **NICHOLAS BROCKHOFF,** | : | |
| | : | |
| Defendant. | : | |

### JOINT NOTICE – JULY 25, 2022 HEARING WILL REMAIN A STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Brockhoff, by and through his attorney, respectfully advises the Court the scheduled hearing on July 25, 2022, will remain a status conference.

On May 24, 2022, the Court scheduled a hearing for July 25, 2022. Additionally, on May 24, the Court instructed the parties to notify the Court by July 15, 2022 (whether the July 25 hearing will be a status conference or change of plea hearing). On July 15, 2022, the parties jointly petitioned the Court seeking an extension of time to submit said notice. On July 18, 2022, the Court extended said deadline to July 20, 2022.

Counsel for Defendant Brockhoff had time scheduled to meet and confer with his client on both July 17 and July 18. Counsel was advised that technical issues prevented both scheduled visits. Counsel for Brockhoff has set another visit for July 20, 2022, at 9:00 P.M. (EST). As a result of the technical difficulties, the government has agreed to keep the plea offer available. The parties wish to notice the Court that the hearing set for July 25, 2022, will remain a status conference; therefore, the parties will not be providing plea documents to the Court today. At

the July 25 status conference, the parties will be in the position to advise the Court whether a trial or change of plea hearing should be scheduled.

Therefore, the parties wish to notice this Honorable Court that the hearing previously noticed for July 25, 2022, be a status conference.

Dated: July 20, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/                                      /s/

| | |
|---|---|
| Jacqueline Schesnol | Alex Reed Stavrou , Sr. |
| AZ Bar No. 016742 | ALEX R. STAVROU, P.A. |
| Capitol Riot Detailee | Counsel for Nicholas James Brockhoff |
| Two Renaissance Square | 13046 Racetrack Road |
| 40 N. Central Ave., Suite 1800 | Suite 333 |
| Phoenix, AZ 85004-4449 | Tampa, FL 33626 |
| (602) 514-7500 | (813) 251-1289 |
| jacqueline.schesnol@usdoj.gov | alex@alexstavrou.com |