# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | **No. 21-cr-524 (CKK)** |
| ) | |
| **NICHOLAS JAMES BROCKOFF,** ) | |
| ) | |
| **Defendant**   ) | |
| ) | |

## ORDER

Pending before this Court is Defendant Nicholas Brockoff's [48] Motion for Continuance of Sentencing Scheduled for March 24, 2023, which is unopposed by the Government. Upon consideration of that Motion, and taking into account the dates that Government counsel is unavailable as well as this Court's trial calendar, it is this 20th day of January 2023, hereby

ORDERED that Defendant's [48] Motion for Continuance of Sentencing is GRANTED and the following schedule shall apply: (1) the Final Presentence Report is due by 3/21/2023; (2) the Government's Memorandum in Aid of Sentencing is due by 4/11/2023; (3) the Defendant's Memorandum in Aid of Sentencing is due by 5/2/2023; and (4) Sentencing is set for 6/2/2023, at 1:00 p.m. in Courtroom 28A.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE