UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-524-CKK |
| | : | |
| **NICHOLAS BROCKHOFF** | : | |
| | : | |
| Defendant. | : | |

# GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video evidence has been made available to the Court electronically:

| Sentencing Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exhibit 1.mp4 | BWC | 6 minute, 43 second video. Brockhoff climbing the inauguration stage/stadium seating, first throwing something, then using a fire extinguisher to spray police, finally climbing to the Upper West Terrace to again spray police with a fire extinguisher. Brockhoff circled in yellow for easier viability. Object thrown is outlined in red for easier visibility. |
| 2 | Exhibit 2.mp4 | BWC | 35 second video. Brockhoff using a fire extinguisher to spray police. Brockhoff circled in yellow for easier viability. |
| 3 | Exhibit 3.mp4-.ts | CCTV | 50 second video. CCTV from inside the Lower West Terrace tunnel, showing police reaction to fire extinguisher assault. |

1

| 4 | Exhibit 4.mp4 | BWC and CCTV | 50 second video. Side-by-Side-by-Side videos showing one of Brockhoff's fire extinguisher attacks from multiple angles. |
|---|---|---|---|
| 5 | Exhibit 5.mp4 | BWC | 4 minute, 44 second video. Brockhoff climbing the inauguration stage/stadium seating, using a fire extinguisher to spray police. Brockhoff circled in yellow for easier viability. |
| 6 | Exhibit 6.mp4 | BWC | 2 minute 33 second video. Brockhoff spraying fire extinguisher from Upper West Terrance, and officers' path up to the bleachers. Brockhoff circled in yellow for easier viability. |
| 7 | Exhibit 7.mp4 | BWC | 23 second video. Brockhoff spraying fire extinguisher from bleachers at 2:42 p.m. Brockhoff circled in yellow for easier viability. |
| 8 | Exhibit 8.mp4 | CCTV | 2 minute video. Brockhoff spraying fire extinguisher from bleachers at 2:42 p.m. Brockhoff circled in yellow for easier viability. |
| 9 | Exhibit 9.mp4 | BWC | 2 minute 26 second video. Brockhoff spraying fire extinguisher from bleachers at 2:44 p.m. Fire extinguisher chemical discharge circled in yellow for easier viability. |
| 10 | Exhibit 10.mp4 | Open Source | 42 second video. Open Source. Brockhoff putting on MPD helmet. Brockhoff circled in yellow for easier viability. |
| 11 | Exhibit 11.mp4 | Open Source | 16 second video. Open Source. Brockhoff climbing into the Capitol through a broken window. |
| 12 | Exhibit 12.mp4 | Open Source | 3 minute 10 second video. Brockhoff inside Senate rooms. Brockhoff circled in yellow for easier viability. |
| 13 | Exhibit 13.mp4 | BWC | 1 minute 9 second video. Brockhoff confronted by MPD about helmet. |
| 14 | Exhibit 14.mp4 | BWC | 12 minute 1 second video. Brockhoff spraying fire extinguisher from bleachers at 2:42 and 2:44 p.m. Fire extinguisher chemical discharge circled in yellow for easier viability. |

| 15 | Exhibit 15.mp4 | CCTV, BWC, and Interview | Video - Victim Impact Statement of MPD Commander Kyle. |

 

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Jacqueline Schesnol*
JACQUELINE SCHESNOL
AZ Bar No. 016742
Capitol Riot Detailee
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of April, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney